UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SP JADE I, LLC, | CASE NO. C17-1654-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEXACO INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of the deadline for Defendants' responsive pleading to Plaintiff's complaint (Dkt. No. 7). The Court, finding good cause, GRANTS the motion. Defendant shall have until December 15, 2017 to answer or otherwise respond to the complaint in this matter.

DATED this 27th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk