THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SP JADE I, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>TEXACO, INC., *et al.*,<br><br>               Defendants. | CASE NO. C17-1654-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation and proposed order for dismissal of all claims brought against Defendant Chevron Environmental Management Company ("CEMC") (Dkt. No. 15). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." All parties who have appeared stipulate that all claims against CEMC shall be dismissed without prejudice and without an award of costs or attorney fees. Thus, under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing.

The action against CEMC is DISMISSED without prejudice and without an award of costs or attorney fees. This order does not affect Plaintiff's action against Texaco, Inc. The Clerk and the parties are DIRECTED to remove Defendant CEMC from future captions. Further,

1 | CEMC's motion to dismiss (Dkt. No. 14) is STRICKEN as moot.

2 | DATED this 26th day of December 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk