THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SP JADE I, LLC,

        Plaintiff,

   v.

TEXACO, INC., *et al.*,

        Defendants.

CASE NO. C17-1654-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadlines and trial date (Dkt. No. 19). The Court GRANTS the motion and extends the deadlines and trial date as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| 39.1 Mediation | November 2, 2018 | June 21, 2019 |
| Discovery Cutoff | November 12, 2018 | July 1, 2019 |
| Dispositive Motions | December 11, 2019 | July 30, 2019 |
| Proposed Pretrial Order | March 1, 2019 | October 18, 2019 |
| Trial Briefs, Proposed Voir Dire, and Jury Instructions | March 7, 2019 | October 24, 2019 |

MINUTE ORDER
C17-1654-JCC
PAGE - 1

| | | |
|---|---|---|
| Trial Date | March 11, 2019 | October 28, 2019 |

The new trial date is set for October 28, 2019 at 9:30 a.m.

DATED this 29th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
