UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SP JADE I, LLC, | CASE NO. C17-1654-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEXACO, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to modify the case schedule (Dkt. No. 22). The motion is GRANTED. The Court EXTENDS the pretrial deadlines and trial date as follows:

|  | **New Deadline** |
|---|---|
| Mediation Deadline | October 25, 2019 |
| Discovery Cutoff | November 4, 2019 |
| Dispositive Motions | December 3, 2019 |
| Proposed Pretrial Order | February 21, 2020 |
| Trial Briefs, Proposed Voir Dire, and Jury Instructions | February 24, 2020 |

| | |
|---|---|
| 1 | Trial Date | March 2, 2020 |

2  DATED this 3rd day of June 2019.

3           <u>William M. McCool</u>
            Clerk of Court
4

5           <u>s/Tomas Hernandez</u>
            Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C17-1654-JCC
PAGE - 2